UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONTRELL SHONDALE WILSON,

               **INDICTMENT**

    Defendant.
_____/

The Grand Jury charges:

### Felon in Possession of Firearm

On or about October 2, 2024, in Berrien County, in the Southern Division of the Western District of Michigan,

DONTRELL SHONDALE WILSON,

knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed a Smith & Wesson .40 caliber semi-automatic pistol which was in and affecting commerce.

Before DONTRELL SHONDALE WILSON committed the offense charged in this count he had at least three previous convictions for a violent felony, a serious drug offense, or both, committed on occasions different from one another.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(e)

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1) set forth in this Indictment,

DONTRELL SHONDALE WILSON

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the offense, including, but not limited to, a Smith & Wesson .40 caliber semi-automatic pistol and associated ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
Acting United States Attorney

_____
CONSTANCE TURNBULL
Assistant United States Attorney